ACCEPTED
14-14-00829-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 3:09:04 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00829-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 3:09:04 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE

## FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

**MICHAEL QUEEN and IAN MAGEE,**
**Appellants/Cross Appellees,**

**v.**

**RBG USA, Inc.,**
**Appellee/Cross Appellant.**

*On appeal from the*
*268th Judicial District Court of Fort Bend County, Texas*

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE AND REPLY BRIEFS

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellants Michael Queen and Ian Magee (collectively, "Appellants") and Appellee RBG USA, Inc. ("Appellee") (Appellants and Appellee are collectively referred to as the "Parties"), in the above-styled and numbered cause, file this Joint Motion for Extension of Time to File Responsive and Reply Briefs and request that the Court enter an order extending the time for the filing of their Responsive Briefs with the Court through, and including June 15, 2015, and for the filing of their

Reply Briefs, if any, with the Court through, and including August 4, 2015, and in support thereof would respectfully show the following:

1. The Parties' current deadline to file their Responsive Briefs is July 8, 2015.

2. The Parties' current deadline to file their Reply Briefs, if any, is July 28, 2015.

3. The Parties' counsels need additional time to prepare their Responsive and Reply Briefs because of their professional and personal schedules.

4. This is the Parties' first request for an extension of time to file their Responsive and Reply Briefs. This motion is not sought for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully pray that the Court grant their Joint Motion for Extension of Time to File Responsive and Reply Briefs and extend the time for them to file their Responsive Briefs through, and including, July 15, 2015, and extend the time for them to their Reply Briefs, if any, through, and including August 4, 2015.

[signatures on following page]

Respectfully submitted,

<table>
<tr>
<td>

*/s/ Stephen J. Schechter*[1]

Stephen J. Schechter
State Bar No. 17735512
STEPHEN J. SCHECHTER, P.C.
P.O. Box 792
Boerne, Texas 78006
Telephone: (830) 249-3500
Facsimile: (830) 249-8500
stephen@sjs-pc-law.com

***ATTORNEY-IN-CHARGE FOR
APPELLANTS MICHAEL QUEEN
AND IAN MAGEE***

</td>
<td>

*/s/ Michael R. Rahmn*

Craig D. Dillard
State Bar No. 24040808
Michael R. Rahmn
State Bar No. 24074924
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
cdillard@gardere.com
mrahmn@gardere.com

***ATTORNEYS FOR
APPELLEE RBG USA, INC.***

</td>
</tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion for Extension of Time to File Briefs has been served on Appellants' attorney of record on July 6, 2015.

*/s/ Michael R. Rahmn*
Michael R. Rahmn

---

[1] With permission

6777000v.1